IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG MOSS, | : | 1:18-cv-2122 |
| | : | |
| Plaintiff, | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| OFFICER ANDREW MILLER, *et al*., | : | |
| | : | Hon. William I. Arbuckle III |
| | : | |
| Defendants. | : | |

## ORDER

**January 13, 2021**

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. Plaintiff's belated objections to the Report and Recommendation are **OVERRULED**.

2. This Court's July 22, 2019 Order (Doc. 84) remains unaltered.

3. This case remains **CLOSED**.

<u>s/ John E. Jones III</u>
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania